IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Johnny Pierson, Jr.,                         :
                          Petitioner         :
                                             :
          v.                                 :     No. 423 C.D. 2020
                                             :
Workers' Compensation Appeal                 :
Board (Consol Pennsylvania                   :
Coal company LLC),                           :
                          Respondent         :

**PER CURIAM**

O R D E R

AND NOW, this 26th day of April 2021, it is ordered that the above-captioned opinion filed on February 9, 2021 shall be designated OPINION, rather than MEMORANDUM OPINION, and it shall be reported.